**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ALICE BUCKHANAN                                                                                     PLAINTIFF

vs.                                                                         Civil Action No. 3:05-cv-438 HTW-LRA

R. JAMES NICHOLSON, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS                                                      DEFENDANT


## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the above-styled and numbered cause is dismissed.

**SO ORDERED, THIS THE 26th day of September, 2007.**

                            **s/ HENRY T. WINGATE
                            CHIEF UNITED STATES DISTRICT JUDGE**